1 | **Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 | **First Library Square**
**1114 Fremont Avenue**
3 | **South Pasadena, CA 91030-3227**

4 | **Tel:  626-799-9797**
**Fax: 626-799-9795**
5 | **TPRLAW@att.net**

6 | **Attorneys for Plaintiff**
7 | **Joe Hand Promotions, Inc.**

8 | **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
9 | **SACRAMENTO DIVISION**

10 |

11 | **JOE HAND PROMOTIONS, INC.,**          **CASE NO. 2:10-cv-00920-LKK-KJM**

12 |          **Plaintiff,**                          **PLAINTIFF'S *EX PARTE***
                                        **APPLICATION FOR AN ORDER**
13 |          **v.**                          **CONTINUING SCHEDULING**
                                        **CONFERENCE; AND ORDER**
14 |
**VICTORIA ELIZABETH JUAREZ, et al.**
15 |

16 |          **Defendant.**

17 |

18 |          **TO THE HONORABLE LAWRENCE K. KARLTON, THE DEFENDANT AND HER**

19 | **ATTORNEY/S OF RECORD:**

20 |          Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the

   | Scheduling Conference presently set for Tuesday, July 6, 2010 at 10:00 AM.   As set forth below
21 |
   | Plaintiff respectfully requests that the Court continues the Scheduling Conference to a new date
22 |
   | approximately Thirty (30) to Forty-Five (45) days forward.
23 |
   |          The request for the brief continuance is necessitated by the fact that Plaintiff has not yet
24 |
   | perfected service of the initiating suit papers upon the Defendant Victoria Elizabeth Juarez,
25 |
   | individually and d/b/a Victoria's Mexican Food.   As a result, Plaintiff's counsel has not conferred
26 |
   | with the defendant concerning the claims, discovery, settlement, or any of the other pertinent issues
27 |
   | involving the case itself or the preparation of a Joint Status Report.
28 |

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**STATUS CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 2:10-cv-00920-LKK-KJM**

1

2    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the

Scheduling Conference, presently scheduled for  July 6, 2010 to a new date approximately Thirty (30) to

3    Forty-Five (45) days forward.

4

5

6                                                              Respectfully submitted,

7

8

9

Dated: June 25, 2010                          */s/ Thomas P. Riley*

10                                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**

11                                                            By: Thomas P. Riley
                                                             Attorneys for Plaintiff
12                                                            Joe Hand Promotions, Inc.

13
     ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

## <u>ORDER</u>

It is hereby ordered that the Scheduling Conference in civil action number 2:10-cv-00920-LKK-KJM styled *Joe Hand Promotions, Inc. v. Victoria Elizabeth Juarez, et al.*, is hereby continued from Tuesday, July 6, 2010 at 10:00 AM, to September 7, 2010 at 2:30 p.m.

**IT IS SO ORDERED**:

Dated:  June 25, 2010

///
///
///
///
///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## <u>PROOF OF SERVICE (SERVICE BY MAIL)</u>

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 25, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Victoria Elizabeth Juarez (Defendant)
526 West Benjamin Holt Drive, Suite G
Stockton, CA 95207

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 25, 2010, at South Pasadena, California.

Dated:  June 25, 2010                    */s/ Maria Baird*
                                         **MARIA BAIRD**