UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

    v.

VICTORIA ELIZABETH JUAREZ,

        Defendant.
                              /

NO. CIV. S-10-0920 LKK/KJM

O R D E R

A status conference was scheduled for December 6, 2010 in the above-captioned case. It appears that the sole defendant is in default. Accordingly, the court hereby ORDERS that:

    [1] The status conference scheduled for December 6, 2010 is VACATED; and

    [2] Plaintiff is ordered to file a motion for default judgement before the assigned magistrate judge within thirty (30) days.

IT IS SO ORDERED.

DATED: December 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1